CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-cr-0096 AWI |
| Plaintiff, | |
| vs. | STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER |
| KENNETH NOEL NELSON, | |
| Defendant. | |

      Defendant Kenneth Noel Nelson, by and through his attorney of record, Carl M. Faller, and plaintiff United States of America, by and through its attorney of record, Benjamin B. Wagner, United States Attorney, and Kirk Sherriff, Assistant U.S. Attorney, hereby agree and stipulate as follows:

      This matter is currently set for a status conference on Monday, June 13, 2001 at 9:00 am. The parties request that this status conference be continued until August 1, 2001 at 9:00 am. The reason for this request is that discovery in this case is voluminous and additional discovery has recently been provided. In addition, defense counsel is currently engaged in trial in Fresno County Superior Court in the case of People v. Benito and Antonio Salas, which commenced on April 28, 2011, and is not scheduled to end until June 15, 2011.

      It is further stipulated that the time between June 13, 2011 and August 1, 2011 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and

(h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest and the interest of the government and the defendant in a speedy trial is outweighed by the need to allow for continuity of counsel and further investigation and preparation.  Based on the above, it is respectfully requested that the status conference and motion hearing be continued as set forth above.

Dated:  June 6, 2011                        /s/Carl M. Faller
                                            CARL M. FALLER
                                            Attorney for Defendant

                                            BENJAMIN B. WAGNER
                                            United States Attorney

Dated:  June 6, 2011            By    /s/Kirk Sherriff
                                            KIEK SHERRIFF
                                            Assistant U.S. Attorney
                                            Attorney for United States of America

ORDER

IT IS ORDERED that the status conference currently scheduled for June 13, 2011, at 9:00 am, be continued until August 1, 2011.

It is further ordered that the time between June 13, 2011 and August 1, 2011 shall be excluded under the Speedy Trial Act, Title 18, United States Code, Sections 3161(h)(7)(A) and (h)(7)(B)(iv), in that the ends of justice are served by such exclusion, and the public interest and the interest of the government and the defendant in a speedy trial is outweighed by the need to allow for continuity of counsel and further investigation and preparation.

IT IS SO ORDERED.

Dated:   June 7, 2011          _____
                                            CHIEF UNITED STATES DISTRICT JUDGE