CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
559-226-1534
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:11-cr-0096 AWI |
|---|---|
| Plaintiff, | ) |
| vs. | ) WAIVER OF PERSONAL APPEARANCE<br>) BY KENNETH NOEL NELSON |
| KENNETH NOEL NELSON, | ) |
| Defendant. | ) |

  Defendant Kenneth Noel Nelson hereby waives his right to be present in open court for the hearing of any motion or other proceeding in this matter, including, but not limited to, when the case is ordered set for trial, when a continuance is granted, and when any other action is taken by the court either before or after trial, except for an arraignment, plea, empanelment of a jury and imposition of sentence.

  Defendant hereby requests the court to proceed during every absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of his attorney, Carl M. Faller, in the same manner as if the defendant was personally present; and further agrees to be present in person in court ready for trial at any day and hour the court may fix in his absence.

Defendant further acknowledges that he has been informed of his rights under Title 18, United States code, Sections 3161 through 3174 (known as the Speedy Trial Act), and authorizes his attorney to set times and dates under the Act without defendant being present.

Dated:  April 18, 2011                                /s/_____
                                                                         KENNETH NOEL NELSON

Dated:  April 18, 2011                                /s/_____
                                                                         CARL M. FALLER
                                                                         Attorney for Defendant
                                                                         Kenneth Noel Nelson

ORDER:

IT IS ORDERED that defendant's presence having been waived under the conditions set forth above, his personal presence is excused under those conditions.

IT IS SO ORDERED.

Dated:   August 1, 2011            _____
                                                         CHIEF UNITED STATES DISTRICT JUDGE