BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KENNETH NOEL NELSON, JR.,<br><br>　　　　　Defendant. | CASE NO.: 1:11-cr-0096 AWI<br><br>STIPULATION & ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT NUNC PRO TUNC<br><br>Old Date: May 14, 2012<br>Old Time: 1:00 p.m.<br><br>New Date: July 16, 2012<br>New Time: 10:00 a.m.<br>Court:    Two<br>  (Hon. Anthony W. Ishii) |

　　　Defendant KENNETH NOEL NELSON, JR., by and through his counsel of record Carl M. Faller, and plaintiff the United States of America, by and through its counsel of record, hereby jointly stipulate and respectfully request that the Court order that time be excluded for the period from the status conference on May 14, 2012 through the change of plea hearing on July 16, 2012.

　　　The grounds for this stipulation are that a continuance of time through July 16, 2012 is required to provide additional time for effective defense preparations, plea negotiations, and consideration of a potential plea by the defendant, taking into account the

1  exercise of due diligence, and to ensure continuity of defense
2  counsel.  In the absence of such a continuance of the hearing and
3  exclusion of time, the case would be reset before the Court
4  immediately and such proceeding would not allow sufficient time for
5  effective defense preparations and plea negotiations, and would
6  render the proceeding impossible or result in a miscarriage of
7  justice.
8       The parties agree and stipulate that time should be excluded in
9  the interests of justice from the status conference on May 14 through
10 and including the continued hearing date on July 16, 2012, under 18
11 U.S.C. § 3161(h)(7)(A) and (7)(B)(i) & (iv), in that the ends of
12 justice served by the continuance outweigh the interests of the
13 public and the defendant in a speedy trial.
14      IT IS SO STIPULATED.

17 Dated: May 21, 2012            /s/ Carl M. Faller
                                  (authorized on 5/21/12)
18                                CARL M. FALLER
                                  Attorney for Defendant
19                                KENNETH NOEL NELSON, JR.

22 Dated: May 21, 2012            BENJAMIN B. WAGNER
                                  United States Attorney
23
24                             By: /s/ Kirk E. Sherriff
                                  KIRK E. SHERRIFF
25                                Assistant U.S. Attorney

-2-

1 **ORDER**

3     The Court has reviewed and considered the stipulation of the parties to exclude time through the continued change of plea hearing date in this case.  It is ordered that the hearing in this case is continued to July 16, 2012, at 10:00 a.m in Courtroom Two.  It is further ordered that time shall be excluded in the interests of justice, based on the grounds set forth in the parties' stipulation, nunc pro tunc from May 14, 2012 through and including the hearing date of July 16, 2012, under 18 U.S.C. § 3161(h)(7)(A) and (7)(B)(i) & (iv), in that the ends of justice served by the continuance outweigh the interests of the public and the defendant in a speedy trial.

    IT IS SO ORDERED.

    **Dated:   May 25, 2012**             **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE