BENJAMIN B. WAGNER
United States Attorney
KIRK E. SHERRIFF
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                )<br>            Plaintiff,          )<br>                                )<br>       v.                       )<br>                                )<br> KENNETH NOEL NELSON, JR.,       )<br>                                )<br>            Defendant.          )<br>                                )<br>_____) | 1:11-CR-00096-AWI<br><br>PRELIMINARY ORDER OF<br>FORFEITURE |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Kenneth Noel Nelson, Jr., it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.   Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(3)(E), 982(a)(4), and 28 U.S.C. § 2461(c), defendant Kenneth Noel Nelson, Jr.'s interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a.   2006 Chevrolet Silverado K2500HD extended cab, Vehicle Identification Number 1GCHK29D46E243305, California License Number 8C30995;

    b.   2005 Mini Cooper CV, Vehicle Identification Number WMWRH33415TF81594, California License Number 5JPT526;

    c.  2004 Porsche Cayenne, Vehicle Identification Number WP1AC29P24LA93971, California License Number 5XBY366; and

    d.  A personal forfeiture money judgment in the approximate amount of $9 million.

  2. The above-listed assets constitute property which was derived from proceeds traceable to, and/or are gross proceeds obtained, directly or indirectly, as a result of a violation of 18 U.S.C. § 1341.

  3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the United States Marshals Service in its secure custody and control.

  4. a. Pursuant to 18 U.S.C. § 982(b), 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture, as a substitute for published notice as to those persons so notified.

   b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the

Preliminary Order of Forfeiture

2

official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.   If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(3)(E), 982(a)(4), and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: __August 18, 2012__               _____
                                          CHIEF UNITED STATES DISTRICT JUDGE