CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
Telephone:  559-226-1534
Fax:  559-412-4746
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: 1:11-cr-0096 AWI DLB |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION TO CONTINUE INITIAL APPEARANCE ON PETITION FOR VIOLATION OF SUPERVISED RELEASE; ORDER |
| KENNETH NOEL NELSON, | ) |
| Defendant. | ) |

Defendant Kenneth Noel Nelson, by and through his attorney of record, Carl M. Faller, and the United States of America, by and through its attorney of record, Benjamin B. Wagner, United States Attorney, and Kirk Sherriff, Assistant U.S. Attorney, hereby agree and stipulate as follows:

This matter is currently set for an initial appearance on a petition for violation of supervised release on September 17, 2012 at 2:30 pm, before the Honorable Jennifer L. Thurston, United States Magistrate Judge.  It is the mutual desire of the parties that the matter be continued until October  3, 2012, at 1:30 pm, and that the matter be handled in Fresno, before the Honorable Gary S. Austin, United States Magistrate Judge.

Dated:  September 25, 2012                    /s/Carl M. Faller
                                              CARL M. FALLER
                                              Attorney for Defendant

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: September 25, 2012        By  /s/Kirk Sherriff
                                          KIRK SHERRIFF
                                          Assistant U.S. Attorney
                                          Attorney for United States of America

## ORDER

The stipulation to continue the initial appearance on the petition for violation of supervised release from September 27, 2012, at 2:30 p.m. before the Honorable Jennifer L. Thurston to October 3, 2012 at 1:30 pm before the Honorable Gary S. Austin, is **GRANTED**.

IT IS SO ORDERED.

    Dated:  **September 26, 2012**            **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE