CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
TEL:  559-226-1534
FAX:  559-412-3536
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     vs.<br><br>KENNETH NOEL NELSON,<br><br>            Defendant. | Case No.: 1:11-cr-0096 AWI<br><br>STIPULATION TO CONTINUE SENTENCING HEARING<br><br>DATE:  November 5, 2012<br>TIME:  10:00 am<br>Honorable Anthony W. Ishii |

     Defendant Kenneth Noel Nelson, by and through his attorney of record, Carl M. Faller, and plaintiff United States of America, by and through its attorney of record, Benjamin B. Wagner, United States Attorney, and Kirk Sherriff, Assistant U.S. Attorney, hereby agree and stipulate as follows:

     This matter is currently set for sentencing on November 5, 2012 at 10:00 am. The parties request that the matter be continued until November 19, 2012 at 10:00 am.  The reason for this request is that defense counsel needs additional time to compile materials and to file the necessary memoranda in support of defendant's sentencing position.  This is necessary because of technological issues at defense counsel's office.

      Based on the above, it is respectfully requested that the sentencing hearing be continued

///

///

to November 19, 2012 at 10:00 am.

Dated:  October 30, 2012				/s/Carl M. Faller
						CARL M. FALLER
						Attorney for Defendant

						BENJAMIN B. WAGNER
						United States Attorney

Dated:  October 30, 2012			By   /s/Kirk Sherriff
						KIRK SHERRIFF
						Assistant U.S. Attorney
						Attorney for United States of America


ORDER:

    IT IS ORDERED that the sentencing hearing currently scheduled for November 5, 2012 at 10:00 am, be continued until November 19, 2012 at 10:00 am.


IT IS SO ORDERED.

Dated:   October 30, 2012		_____
					CHIEF UNITED STATES DISTRICT JUDGE