CARL M. FALLER  SBN: 70788
FALLER LAW FIRM
Post Office Box 912
Fresno, CA 93714
TEL:  559-226-1534
FAX:  559-412-3536
carl.faller@fallerdefense,com

Attorney for Defendant

# IN THE UNITED STATED DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:11-cr-0096 AWI |
| Plaintiff, | STIPULATION TO EXTEND DATE FOR SELF-SURRENDER; ORDER |
| vs. | |
| KENNETH NOEL NELSON, | |
| Defendant. | |

   Defendant Kenneth Noel Nelson, by and through his attorney of record, Carl M. Faller, and plaintiff United States of America, by and through its attorney of record, Benjamin B. Wagner, United States Attorney, and Kirk Sherriff, Assistant U.S. Attorney, hereby agree and stipulate as follows:

   The defendant is currently scheduled to surrender to begin serving his sentence on February 15, 2013.  As of this date, the United States Bureau of Prisons has not yet designated the defendant to a particular institution, and his file is currently under medical review.

   In light of the above facts it is hereby requested that the defendant's self-surrender date be extended until March 15, 2013.  All other conditions of release are to remain in full force and effect.

///

///

Dated:  February 11, 2013         /s/Carl M. Faller
                                  CARL M. FALLER
                                  Attorney for Defendant

                                  BENJAMIN B. WAGNER
                                  United States Attorney

Dated:  February 11, 2013    By   /s/Kirk Sherriff
                                  KIRK SHERRIFF
                                  Assistant U.S. Attorney
                                  Attorney for United States of America


ORDER:

   IT IS ORDERED that the date for the defendant to surrender for service of his sentence is hereby extended until March 15, 2013, at the designated institution or to the United States Marshal's Office in Fresno, California.


IT IS SO ORDERED.

Dated:   February 13, 2013         _____
                                   SENIOR  DISTRICT  JUDGE